UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62452-CIV-DIMITROULEAS/HUNT

SOKA GAKKAI INTERNATIONAL-USA,
a California non-profit religious corporation,
and

FLORIDA NATURE AND CULTURE
CENTER, LLC, a Florida limited liability
company,

       Plaintiffs,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS, and COLONEL BRANDON
L. BOWMAN, District Commander, Army
Corps of Engineers, Jacksonville Office,
In his official capacity,

       Defendants.
_____/

## ORDER APPROVING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; DENYING PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE is before the Court upon Plaintiffs Soka Gakkai International-USA ("SGI-USA") and Florida Nature and Culture Center, LLC ("FNCC") (collectively, "Plaintiffs")'s Emergency Motion for Preliminary Injunction, filed January 24, 2025. [DE 10] (the "Motion"), and the Report of Magistrate Judge Patrick M. Hunt dated January 31, 2025. [DE 16]. The Court has conducted a *de novo* review of the Motion, the Report, Plaintiffs' Objection to the Magistrate's Judge's Report and Recommendation [DE 18], Defendants' Response [DE 19], and is otherwise fully advised in the premises. The Court notes that Judge Hunt held a hearing on the Motion on January 30, 2025. *See* [DE 15]. Upon careful consideration, the Court agrees with the Magistrate Judge's reasoning and conclusion that Plaintiffs have not met their burden to warrant the

extraordinary remedy of a preliminary injunction requiring the cessation of all work on the C-11 Impoundment Project and, therefore, that the emergency motion for a preliminary injunction sought by Plaintiffs should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report [DE 16] is hereby **APPROVED**;

2. Plaintiffs' Objections [DE 18] are **OVERRULED**;

3. Plaintiffs' Emergency Motion for Preliminary Injunction [DE 10] is **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of February, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record